IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE POLK | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-558 |
| LAKISHA HEBERT, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Bruce Polk, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Lakisha Hebert and Sherrie John-Quinn.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying plaintiff's motions for default judgment.

The Court has received and considered the Reports and Recommendations of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the magistrate judge's Reports and Recommendations.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate Judge are correct, and the reports of the magistrate judge are **ADOPTED**. Plaintiff's motions for default judgment (document nos. 15 and 37) are **DENIED**.

**SIGNED** this the 6 day of **March, 2013.**

_____
Thad Heartfield
United States District Judge